AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 13 2021

TONY R. MOORE, CLERK
BY _____
         DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| BRIAN BROUSSARD | ) 6:21-mj-00081 |
| aka "LIL BRIAN" | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____MAY 12, 2021_____ in the county of _____Lafayette_____ in the
_____Western_____ District of _____Louisiana_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c)(1)(A) and (c)(1)(B)(ii); | possession of a machinegun in furtherance of a drug trafficking crime; |
| 18 U.S.C. § 922(g)(1); | possession of a firearm by a convicted felon; |
| 18 U.S.C. § 922(j); | possession of a stolen firearm; |
| 26 U.S.C. § 5861(d); and | possession of an unregistered machinegun; and |
| 21 U.S.C § 841(a)(1) | possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:

See Attachment 1 (Affidavit)

☑ Continued on the attached sheet.

_____
Complainant's signature

Hanna M. Ortego, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____5/13/2021_____                _____
                                                                    Judge's signature

City and state:        Lafayette, Louisiana                Kathleen Kay, U.S. Magistrate Judge
                                                                    *Printed name and title*